# Exhibit A

```
*********************
*** FAX TX REPORT ***
*********************

                TRANSMISSION OK

     JOB NO.                     0093
     DESTINATION ADDRESS          17182866610
     SUBADDRESS
     DESTINATION ID
     ST. TIME                    03/03 11:46
     TX/RX TIME                  00'18
     PGS.                        1
     RESULT                      OK
```

---

CRIMINAL COURT OF THE CITY OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK,

against

Eli'zabeth Grant, Defendant

NOTICE OF APPEARANCE

County _Queens_ Part _____

Docket Number/Year _____

☐ Interpreter Required _____ Language

To the Clerk of the Court:

You are hereby notified that I represent the defendant in the above-entitled action.

ATTORNEY _Richard B Rosenthal_
Print Attorney's Name

Address: Richard B. Rosenthal, ESQ
120-82 Queens Blvd
Kew Gardens, NY 11415-1204
718-261-0200

Telephone _____
Area Code - Number

By _____
   Signature

☐ Legal Aid (Assigned)
☐ County Law (Assigned)
☒ Retained

Dated: _March 3, 2016_
Dated: City of New York

CRC 3014 (8/95) [CRC 260]



# Richard B. Rosenthal, The Dog Lawyer

April 1, 2016

Office of the Queens County District Attorney
12501 Queens Boulevard
Kew Gardens, NY 11415

Re    :    **Certain seized property belonging to Ms. Elizabeth Grant**

Dear Sir or Madam:

Please be advised that my office represents Ms. Elizabeth Grant, a person from whom property has been seized from premises 25-44 87th Ave., Jackson Heights, NY on or about January 28, 2016, and who is the lawful owner of such property, in anticipation of a criminal action to be commenced by information from your office.

In light of such seizure, and as your office has made claim that said property is being held as evidence pursuant to the prosecution of the putative criminal action, kindly consider this correspondence a demand for a hearing, as provided in the *Krimstock* Order, as to the probable validity of the subject seizures and the ongoing retention of the subject property. *Krimstock v. Kelly*, 306 F3d 40.

Should your office fail to obtain a Retention Order as described in §11 of *Krimstock III*, and to have such order timely served upon the putative Defendant as described in §12 of same, kindly consider this correspondence a demand for the immediate return of said property in its entirety. *Krimstock v. Kelly*, 99 Civ. 12041 (HB).

Your anticipated cooperation is greatly appreciated.

Very truly yours,

RICHARD BRUCE ROSENTHAL, ESQ.

[Stamp: 2016 APR -1 A 11:08 DISTRICT ATTORNEY QUEENS COUNTY]

0-82 Queens Boulevard
:w Gardens, New York 11415
vw.thedoglawyer.com
chard@thedoglawyer.com

(P) 718.261.0200
(F) 718.793.2791
(C) 516.319.0816



Richard B. Rosenthal, The Dog Lawyer

April 6, 2016

Beverly Jones, Esq.
Senior Vice President and Chief Legal Officer at ASPCA
424 E 92nd St
New York, NY 10128

By Email Beverly.jones@aspca.org and Regular Mail

Re : **Demand for the Return of Certain Animals Belonging to Grace Grant**

Dear Ms. Jones,

Please be advised that my office has been retained to represent Ms. Grace Grant, from whom a number of cats, dogs, and assorted other animals were improperly taken during the execution of a warrant on the premises of 25-44 82nd Street, Jackson Heights, New York on January 28, 2016.

Since that time, no criminal action has been commenced against Ms. Grant, and yet all attempts to recover Ms. Grant's property have been futile. The Queens County Property Clerk directed our efforts to Property Officer Chen of the 115th Precinct, the precinct of the NYPD that executed said warrant. Even so, both the County Property Clerk and Property Officer Chen have stated that they have no voucher number, invoice number, or other identificatory information regarding the animals in question. They were only able to advise that the animals had been given over to the custody of the ASPCA.

Kindly consider this correspondence a demand, pursuant to Rules of the City of New York Title 38, Subchapter A, §§12-06 and 12-08, for the immediate return of Ms. Grant's property.

Further, please be advised of our intention to initiate an action under 42 U.S.C. §§ 1983 and 1985 seeking declaratory and injunctive relief and demanding a *Krimstock* hearing on the validity of the seizure and continued retention of the subject animals should your office fail to immediately return the claimant's property, along with damages and attorney's fees.

Should you wish to discuss this matter, please feel free to call me at the number below.

Respectfully,

RICHARD BRUCE ROSENTHAL, ESQ.

20-82 Queens Boulevard
ew Gardens, New York 11415
ww.thedoglawyer.com
ichard@thedoglawyer.com

(P) 718.261.0200
(F) 718.793.2791
(C) 516.319.0816

# Send Result Report
## MFP
## FS-C2626MFP

Firmware Version 2M9_2F00.008.005 2014.04.10

04/07/2016 10:06
[2KW_1000.016.001] [2KW_1100.002.002] [2M8_7000.008.005]

Job No.: 014717     Total Time: 0°00'16"     Page: 001

## Complete

Document:   doc01471720160407100547



| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 04/07/16 10:06 | **1718624 8791** | 0°00'16" | FAX | OK | 200x100 Normal/On |

NMM1700850



# Richard B. Rosenthal, The Dog Lawyer

April 6, 2016

Inspector Thomas J. Scollan
Commanding Officer
NYPD – Property Clerk
111 Front Street
Brooklyn, NY 11201

By Fax 718-624-8791 and Regular Mail

Re    :    **Demand for the Return of Certain
            Animals Belonging to Grace Grant**

Dear Inspector Thomas J. Scollan,

Please be advised that my office has been retained to represent Ms. Grace Grant, from whom a number of cats, dogs, and assorted other animals were improperly taken by the NYPD during the execution of a warrant on the premises of 25-44 82nd Street, Jackson Heights, New York on January 28, 2016.

Since that time, no criminal action has been commenced against Ms. Grant, and yet all attempts to recover Ms. Grant's property have been futile. The Queens County Property Clerk directed our efforts to Property Officer Chen of the 115th Precinct, the precinct of the NYPD that executed said warrant. Even so, both the County Property Clerk and Property Officer Chen have stated that they have no voucher number, invoice number, or other identificatory information regarding the animals in question.

Kindly consider this correspondence a demand, pursuant to Rules of the City of New York Title 38, Subchapter A, §§12-06 and 12-08, for the immediate return of Ms. Grant's property.

Further, please be advised of our intention to initiate an action under 42 U.S.C. §§ 1983 and 1985 seeking declaratory and injunctive relief and demanding a *Krimstock* hearing on the validity of the seizure and continued retention of the subject animals should your office fail to immediately return the claimant's property, along with damages and attorney's fees.

Should you wish to discuss this matter, please feel free to call me at the number below.

Respectfully,

RICHARD BRUCE ROSENTHAL, ESQ.

0-82 Queens Boulevard
ew Gardens, New York 11415
ww.thedoglawyer.com
chard@thedoglawyer.com

(P) 718.261.0200
(F) 718.793.2791
(C) 516.319.0816

# Send Result Report
## MFP
## FS-C2626MFP



Firmware Version  2M9_2F00.008.005 2014.04.10

04/07/2016 10:08
[2KW_1000.016.001] [2KW_1100.002.002] [2M8_7000.008.005]

Job No.: 014718           Total Time: 0°00'22"           Page: 001

# Complete

Document:           doc01471820160407100732



Richard B. Rosenthal, The Dog Lawyer

April 6, 2016

Property Officer R. Chen
NYPD — 115th Precinct
92-15 Northern Blvd.
Jackson Heights, NY 11372

By Fax 718-533-6102 and Regular Mail

Re :   Demand for the Return of Certain
      Animals Belonging to Grace Grant

Dear Police Officer Chen,

Please be advised that my office has been retained to represent Ms. Grace Grant, from whom a number of cats, dogs, and assorted other animals were improperly taken by the NYPD during the execution of a warrant on the premises of 25-44 82nd Street, Jackson Heights, New York on January 28, 2016.

Since that time, no criminal action has been commenced against Ms. Grant, and yet all attempts to recover Ms. Grant's property have been futile. The Queens County Property Clerk directed our efforts to Property Officer Chen of the 115th Precinct, the precinct of the NYPD that executed said warrant. Even so, both the County Property Clerk and Property Officer Chen have stated that they have no voucher number, invoice number, or other identificatory information regarding the animals in question.

Kindly consider this correspondence a demand, pursuant to Rules of the City of New York Title 38, Subchapter A, §§12-06 and 12-08, for the immediate return of Ms. Grant's property.

Further, please be advised of our intention to initiate an action under 42 U.S.C. §§ 1983 and 1985 seeking declaratory and injunctive relief and demanding a *Krimstock* hearing on the validity of the seizure and continued retention of the subject animals should your office fail to immediately return the claimant's property, along with damages and attorney's fees.

Should you wish to discuss this matter, please feel free to call me at the number below.

Respectfully,

RICHARD BRUCE ROSENTHAL, ESQ.

120-32 Queens Boulevard
Kew Gardens, New York 11415
www.thedoglawyer.com
Richard@thedoglawyer.com

(T) 718.261.0200
(F) 718.793.2791
(C) 516.319.4815

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 04/07/16 10:08 | **17185336102** | 0°00'22" | FAX | OK | 200x100 Normal/On |

NMM1700850



# Richard B. Rosenthal, The Dog Lawyer

April 6, 2016

Property Officer R. Chen
NYPD – 115th Precinct
92-15 Northern Blvd.
Jackson Heights, NY 11372

By Fax 718-533-6102 and Regular Mail

Re    :    **Demand for the Return of Certain Animals Belonging to Grace Grant**

Dear Police Officer Chen,

Please be advised that my office has been retained to represent Ms. Grace Grant, from whom a number of cats, dogs, and assorted other animals were improperly taken by the NYPD during the execution of a warrant on the premises of 25-44 82nd Street, Jackson Heights, New York on January 28, 2016.

Since that time, no criminal action has been commenced against Ms. Grant, and yet all attempts to recover Ms. Grant's property have been futile. The Queens County Property Clerk directed our efforts to Property Officer Chen of the 115th Precinct, the precinct of the NYPD that executed said warrant. Even so, both the County Property Clerk and Property Officer Chen have stated that they have no voucher number, invoice number, or other identificatory information regarding the animals in question.

Kindly consider this correspondence a demand, pursuant to Rules of the City of New York Title 38, Subchapter A, §§12-06 and 12-08, for the immediate return of Ms. Grant's property.

Further, please be advised of our intention to initiate an action under 42 U.S.C. §§ 1983 and 1985 seeking declaratory and injunctive relief and demanding a *Krimstock* hearing on the validity of the seizure and continued retention of the subject animals should your office fail to immediately return the claimant's property, along with damages and attorney's fees.

Should you wish to discuss this matter, please feel free to call me at the number below.

Respectfully,

*[signature]*

RICHARD BRUCE ROSENTHAL, ESQ.

20-82 Queens Boulevard
Kew Gardens, New York 11415
www.thedoglawyer.com
richard@thedoglawyer.com

(P) 718.261.0200
(F) 718.793.2791
(C) 516.319.0816