UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH GRANT,

                    Plaintiff,

– against –

THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, COUNTY OF QUEENS, RICHARD A. BROWN, NICOLETTA CAFERRI, and JANE & JOHN DOES 1-20,

                    Defendants.

**ORDER**

16-cv-2765 (ER)

---

Ramos, D.J.:

      The Court is in receipt of a letter sent by *pro se* plaintiff Elizabeth Grant, which requests reconsideration of the Court's March 31, 2017 dismissal of her case and for the Court to grant her leave to proceed *in forma pauperis*. Ms. Grant's request appears to stem from what she alleges was a seizure of her animals that took place on May 21, 2024. Doc. 87 at 3. This action has been terminated for over six years. Accordingly, Ms. Grant's requests are DENIED. The Clerk of Court is respectfully directed to terminate the motion, Doc. 87.

      It is SO ORDERED.

Dated: October 11, 2024
       New York, New York

                                            Edgardo Ramos, U.S.D.J.